463 A.2d 61

Commonwealth v. Weinder, Appellant.

Petition for Allowance of Appeal
Denied Nov. 14, 1983.

Submitted March 24, 1983. Susan Claire DeYoung, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

463 A.2d 61

Commonwealth v. Wright, Appellant.

Submitted April 28, 1982. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.